# PD-0774-15

IN THE

TEXAS COURT of CRIMINAL APPEALS

AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| Israel Jose Balderas | § § § § § § § | FIFTH COURT OF APPEALS |
| v. |  | Cause No. 05-14-00900-CR |
| THE STATE OF TEXAS |  | Trial No. F-1333607-T |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Motion for Suspension of the Rules Under
T.R.A.P. Rule 2, Suspension of the number of Copies
According to T.R.A.P. Rule 9.3 (b)

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

Nowcomes, Israel J. Balderas, Petitioner Pro-Se in the above styled and

enumerated causes, and respectfully requests the Court suspend the copy requirement

in this action. In support thereof the Petitioner would show the court the following:

### I.

The Petitioner is currently incarcerated in the Texas Department of Criminal

Justice at the Mark W. Stiles Unit, 3060 F.M. 3514 Beaumont, Texas 77705.

### II.

As an incarcerated person in the above stated institution, the Petitioner is

not allowed to handle or earn money. He is indigent as shown by his Declaration of

inability to pay.

### III.

The Petitioner does not have acces to copy equipment nor the means of creating

mass quantities of copies. Due to Petitioner's limited resourses he can manage

only a copy for the Court, which he is providing.

### PRAYER

Wherefore premises being considered, Petitioner respectfully prays and requests

that this Honorable Court grant Petitioner's Motion for suspension of the Rules

(1)

and suspend the number of copies he is required to provide of his Petition for Discrectionary Review.

Respectfully Submitted,

Israel J. Balderas
TDCJ-ID # 1937229
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705


## DECLARATION

I hearby declare under perjury the foregoing to be true and correct. Executed on May 25, 2015.

Duly Sworn,

Israel J. Balderas
TDCJ-ID # 1937229
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

June 9, 2015

Israel Balderas #1937229
Mark Stiles Unit
3060 FM 3514
Beaumont, TX 77705

RE: Trial Court Case # 05-14-00900-CR

*7 This is the 5th court of Appeals couse no. Th Trial no. is F-133360-T - See motion*

Dear Mr. Balderas:

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure